**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-1933**

─────────────

MICHAEL A. SCOTT,

                              Plaintiff - Appellant,

        versus

HENRY COKE MORGAN, JR.,

                              Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge. (CA-00-895-2)

─────────────

Submitted:  October 4, 2001            Decided:  October 11, 2001

─────────────

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Michael A. Scott, Appellant Pro Se.  Richard Parker, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael A. Scott appeals the district court judgment granting Judge Henry Coke Morgan, Jr.'s motion to dismiss for failing to state a claim and dismissing the complaint.  We have reviewed the record and the district court's order and opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Scott v. Morgan, CA-00-895-2 (E.D. Va. May 25, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2